IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PHILLIP A. COUNCILMAN,<br><br>　　　　　Defendant. | 4:16CB3006<br><br>DISMISSAL ORDER |

Upon the Motion of the Government, violation 3173299 is dismissed.

February 3, 2022.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Cheryl R. Zwart
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge